```
                           United States Bankruptcy Court
                           Western District of Washington
In re:                                                       Case No. 12-14646-TWD
Peter D Hackinen                                             Chapter 7
          Debtor                    CERTIFICATE OF NOTICE

District/off: 0981-2          User: suyingl          Page 1 of 2           Date Rcvd: Sep 11, 2012
                              Form ID: b18           Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2012.
db           +Peter D Hackinen,    624 N. 138th St,    Seattle, WA 98133-7423
953882863    +First Horizon Home Loans,    4000 Horizon Way,    Attn: Bankruptcy,    Irving, TX 75063-2260
953882864    +First Tennessee Bank,    6522 Chapman Highway,    Knoxville, TN 37920-6567
953882870    +McCarthy & Holthus LLP,    19735 10th Ave NE #N-200,    Poulsbo, WA 98370-7478
953882872    ++NATIONSTAR MORTGAGE LLC,    P O BOX 299008,    LEWISVILLE TX 75029-9008
              (address filed with court:   Nationstar Mortgage LLC,    Attn: Mediation Group,    350 Highland Drive,
                Lewisville, TX 75067)
953882871     Nationstar Mortgage,    PO Box 829009,    Dallas, TX 75382-9009
953882873     Office Depot Credit Plan,    PO Box 689020,    Des Moines, IA 50368-9020
953882876     Rodda Paint,    c/o PO Box 23909,    Portland, OR 97281-0000
953882877     State Collection Services, Inc.,     2509 S. Stoughton Rd.,    Madison, WI 53716-3314
953882878    +University of Washington,    c/o STATE COLLECTION SERVICE, INC.,    2509 S. Stoughton Rd,
               Madison, WI 53716-3314
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           EDI: WADEPREV.COM Sep 12 2012 00:53:00     State of Washington,    Department of Revenue,
               2101 4th Ave, Ste 1400,    Seattle, WA 98121-2300
953882858    +EDI: CINGMIDLAND.COM Sep 12 2012 00:53:00      AT&T Wireless,    PO Box 68056,
               Anaheim Hills, CA 92817-0856
953882859    +EDI: RESURGENT.COM Sep 12 2012 00:53:00      ATT Mobility,    c/o Resurgent Capital Services,
               PO BOX 288,    GREENVILLE, SC 29602-0288
953882860    +EDI: BANKAMER.COM Sep 12 2012 00:53:00      BAC / Fleet Bankcard,    PO Box 26012,
               Greensboro, NC 27420-6012
953882861    +EDI: CHASE.COM Sep 12 2012 00:53:00      Chase,   PO Box 15298,    Wilmington, DE 19850-5298
953882862     EDI: WADEPREV.COM Sep 12 2012 00:53:00      Department of Revenue,    2101 4th Ave, Suite 1400,
               Seattle, WA 98121-2300
953882865    +E-mail/Text: bankruptcy.bnc@gt-cs.com Sep 12 2012 00:50:37       Green Tree Servicing, LLC,
               PO Box 0049,    Palatine, IL 60055-0001
953882868     EDI: IRS.COM Sep 12 2012 00:53:00      IRS,   Centralized Insolvency Operation,    PO Box 7346,
               Philadelphia, PA 19101-7346
953882867     EDI: IRS.COM Sep 12 2012 00:53:00      Internal Revenue Service,    PO BOX 7346,
               PHILADELPHIA, PA 19101-7346
953882866     EDI: IRS.COM Sep 12 2012 00:53:00      Internal Revenue Service,    PO Box 7317,
               Philadelphia, PA 19101-7317
953882869     EDI: RMSC.COM Sep 12 2012 00:53:00      Lowes,   PO Box 530970,    Atlanta, GA 30353-0970
953882874     EDI: PRA.COM Sep 12 2012 00:53:00      Portfolio Recovery Assoc.,    PO Box 12914,
               Northfolk, VA 23541
953882875    +EDI: RECOVERYCORP.COM Sep 12 2012 00:53:00      Recovery Management Systems,    25 SE 2nd Ave #1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 13, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0981-2              User: suyingl              Page 2 of 2              Date Rcvd: Sep 11, 2012
                                  Form ID: b18               Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2012 at the address(es) listed below:
    Christina Latta Henry  on behalf of Debtor Peter Hackinen chenry@seattledebtlaw.com,
     ign@seattledebtlaw.com;jharris@seattledebtlaw.com;kmaliga@seattledebtlaw.com;bmccormick@seattlede
     btlaw.com
    Michael B McCarty  michael@mccartytrustee.com, WA03@ecfcbis.com,
     mbm@trustesolutions.com;krystina@mccartytrustee.com,MBM@trustesolutions.net
    United States Trustee  USTPRegion18.SE.ECF@usdoj.gov
                                     TOTAL: 3

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No. **12–14646–TWD**

**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Peter D Hackinen
dba Pete the Painter
624 N. 138th St
Seattle, WA 98133

Social Security/Individual Taxpayer ID No.:
xxx–xx–9595

Employer Tax ID/Other nos.:

## DISCHARGE OF DEBTOR

The Debtor(s) filed a Chapter 7 case on **May 2, 2012.** It appearing that the Debtor is entitled to a discharge,

**IT IS ORDERED:**

The Debtor is granted a discharge under 11 U.S.C. § 727.

BY THE COURT

Dated: September 11, 2012

Timothy W. Dore
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**